Dynamic Integrated Services, LLC v. Synergi Partners, Inc.
PLAINTIFF'S COMPLAINT

# EXHIBIT D

## **INVOICES**



# Invoice

| Date | Invoice # |
|---|---|
| 9/7/2021 | 1904782 |

| Bill To |
|---|
| Dynamic Integrated Services<br>ATTN: INES DONOHOE<br>344 Maple Ave W.<br>Suite 340<br>Vienna, VA 22180 |

| Terms | Due Date |
|---|---|
| Due on receipt | 9/7/2021 |

| Description | Credit Amount | 50% Fees Due |
|---|---|---|
| CARES Act Employee Retention Credit<br>Delivered: 09/03/2021<br>Cumulative ERTC Generated: $1,366,757.58<br>Fee Rate: 15%<br>Total Fees Due: $205,013.64 | 1,366,757.58 | 102,506.82 |

| Please Remit Payment to:<br>Synergi Partners Inc.<br>Synergi CARES<br>P. O. Box 5599<br>Florence, SC 29502-5599 | Wire/ACH Instructions:<br>Synergi Partners Inc.<br>Carolina Bank<br>P. O. Box 1028<br>Darlington, SC 29540<br>Routing:<br>Account: | Invoice Total    $102,506.82 |
|---|---|---|
| | | Payment Schedule |
| | | 50% Payment: Due upon Receipt<br>Balance: Due in 90 days |

*Please contact your Tax Service Manager with any questions or concerns:*

*Anna Jacobs*     anjacobs@synergipartners.com



# Invoice

| Date | Invoice # |
|---|---|
| 9/7/2021 | 1904783 |

| Bill To |
|---|
| Dynamic Integrated Services<br>ATTN: INES DONOHOE<br>344 Maple Ave W.<br>Suite 340<br>Vienna, VA 22180 |

| Terms | Due Date |
|---|---|
| Net 90 | 12/6/2021 |

| Description | Credit Amount | 50% Fees Due |
|---|---|---|
| CARES Act Employee Retention Credit<br>Delivered: 09/03/2021<br>Cumulative ERTC Generated: $1,366,757.58<br>Fee Rate: 15%<br>Total Fees Due: $205,013.64 | 1,366,757.58 | 102,506.82 |

Please Remit Payment to:
Synergi Partners Inc.
Synergi CARES
P. O. Box 5599
Florence, SC 29502-5599

Wire/ACH Instructions:
Synergi Partners Inc.
Carolina Bank
P. O. Box 1028
Darlington, SC 29540
Routing
Account:

| Invoice Total | $102,506.82 |
|---|---|
| Payment Schedule | |
| 50% Payment: Due upon Receipt<br>Balance: Due in 90 days | |

*Please contact your Tax Service Manager with any questions or concerns:*

*Anna Jacobs*     anjacobs@synergipartners.com