**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| Dynamic Integrated Services, LLC, | Case No.: 4:22-CV-02537-JD |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Synergi Partners, Inc., | |
| Defendant. | |

Plaintiff Dynamic Integrated Services, LLC, and Defendant Synergi Partners, Inc., by and through their undersigned counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that this matter is dismissed **with prejudice**.

| | |
|---|---|
| s/ Rhett D. Ricard | s/ Jeffrey T. Stover |
| Marguerite S. Willis      Fed ID No. 11293 | Mary M. Caskey, Fed ID No. 10120 |
| Nexsen Pruet, LLC | Joseph D. Spate, Fed ID No. 13100 |
| 1230 Main Street, Suite 700 | Haynsworth Sinkler Boyd, PA |
| Columbia, South Carolina 29201 | PO Box 11889 |
| PHONE:  803.253.8265 | Columbia, SC 29211-1889 |
| FACSIMILE:  803.253.8277 | (803) 779-3080 |
| mwillis@nexsenpruet.com | mcaskey@hsblawfirm.com |
| | jspate@hsblawfirm.com |
| Rhett D. Ricard            Fed ID No. 13549 | |
| Nexsen Pruet, LLC | Jeffrey T. Stover, Fed ID No. 10868 |
| 205 King Street, Suite 400 (29401) | Haynsworth Sinkler Boyd, PA |
| Post Office Box 486 | PO Box 340 |
| Charleston, South Carolina 29402 | Charleston, SC 29402-0340 |
| PHONE:  843.577.9440 | (843) 722-3366 |
| FACSIMILE:  843.720.1777 | jstover@hsblawfirm.com |
| rricard@nexsenpruet.com | |
| | Attorneys for Defendant Synergi Partners, Inc. |
| Attorneys for Plaintiff | |
| Dynamic Integrated Services, LLC | |